183 So.2d 654

**Lee KENNEDY**

**v.**

**Rose Marie and Alice Marie, children of and Albertha Scott KENNEDY.**

**No. 48065.**

March 11, 1966.

In re: Rose Marie Kennedy and Alice Marie Kennedy applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 181 So. 2d 266.

The application is denied. The judgment complained of is not final.